CASE 0:26-cr-00025-LMP-DLM   Doc. 178   Filed 02/27/26   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No. 0:26-cr-00025-LMP-DLM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>NEKIMA VALDEZ LEVY ARMSTRONG, *et al.*, )<br><br>Defendants. ) | **ORDER** |

This matter is before the Court on the Government's Motion to Unseal

the Superseding Indictment in this case.  NOW, THEREFORE, IT IS HEREBY

ORDERED that the Government's Motion is granted.

Dated: February 27, 2026          *s/John F. Docherty*
                                   John F. Docherty
                                   United States Magistrate Judge